IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED
MAR 2 5 2024
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR 108 -1 |
| | : | |
| CHRISTOPHER LEE TUTTLE | : | |

The Grand Jury charges:

On or about November 14, 2023, in the County of Randolph, in the Middle District of North Carolina, CHRISTOPHER LEE TUTTLE, by force and violence and by intimidation, did take from the presence of a bank employee money belonging to and in the care, custody, control, management, and possession of First Bank, 335 South Fayetteville Street, Asheboro, North Carolina, the deposits of which were then insured by the Federal Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

DATED: March 25, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: MARY ANN COURTNEY
Special Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON